# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CAROLYN JONES | § |
| | §  Civil Action No. 4:18-CV-34 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 18, 2019, the report of the Magistrate Judge (Dkt. #22) was entered containing proposed findings of fact and recommendations that Plaintiff Carolyn Jones's case be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff Carolyn Jones's case is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this the 27th day of May, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE